IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:22-cv-00398-D

GELDER & ASSOCIATES, INC.,

    Plaintiff,

v.

MICHAEL LASSITER,

    Defendant.

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT**

## ORDER ON MOTION FOR ENTRY OF DEFAULT

This matter is before the Court on Plaintiff's Motion for Entry of Default for the failure of Defendant to answer or otherwise respond to Plaintiff's Complaint. The Court has reviewed Plaintiff's Motion for Entry of Default and concludes Defendant has failed to answer or otherwise respond to Plaintiff's Complaint filed on September 30, 2022.

IT IS THEREFOR ORDERED that Plaintiff's Motion for Entry of Default is GRANTED and default is hereby entered against Defendant.

This the 13 day of December, 2022.

_____
Clerk of Court
Eastern District of North Carolina